1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SHARANYA MOHAN (NYRN 5027768)
   Assistant United States Attorney
4  450 Golden Gate Avenue
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7198
   Fax: (415) 436-6748
6  sharanya.mohan@usdoj.gov

7  Attorneys for Defendant

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  YIFAN LU, MANDEEP KAUR SANDHU, DAN JIANG,  |  Case No. 19 Civ. 06544 JCS
    SOWMYA SARAGADAM, CHAITANYA CHAGANTI,
13  DEBASMITA SAHOO, KALYANI GEDELA,              |  **STIPULATION OF DISMISSAL**
    YESWANTH KUMAR PAGADALA, SHRIKANTH
14  NEKKANTI, NAGA MANISHA EMPALLI, NAMRATA
    NARASIMHA RAO, KIRANMAI KATRALAPALLI,
15  NISHITHA GADI, SUJATHA JAVVAJI, SAMUEL
    SUNIL KUMAR PALAPARTHY, SWATHI RANI
16  GURJALA, SOWMYA ALLU, PALLAVI RAMESH
    NAGRALE, PRISCILLA PETER, GOUTHAM KUMAR
17  REDDY DEVARAPALLY, ISHWINDER MANOCHA,
    TANUJA SINGH PANWAR, PRIYANKA PATODI,
18  VARSHA CHAKKA, ASHWINI DEORAO MULE,
    ANANDAPADMANABHAN KUMARASWAMY,
19  PRATHYUSHA POTULA, PRIYANKA VEERANNA,
    GOUTHAMI NANDIKUR, SUPRATIK DEY, SUBODH
20  BABANRAO LINGAYAT, SREEVALLI GUNTUPALLI,
    KRITHIKA KULANTHAIVELU, PRINCY THAYYIL,
21  LAKSHMIPRIYA ARUNACHALAM, PRABU
    THANGAVEL SHANMUGAM, SMITHA COTLA,
22  NAGA KINNERA TALASILA, KALYANI
    RAMESHCHANDER, SREELEKHA SATHIYAMMA,
23  NAGA SARITHA KARNAM, RAINA MEHULBHAI
    MEHTA, ANUSHA KATRAGADDA, NAGA CHAND
24  KANAGALA, VIDYA PRIYA NETID, SONIA ENEZ
    MAKNOJIA, SRI SAI BHAVANA GOLLAMUDI,
25  GAYATHRI DHANANJAYAN, SUCHITRA
    RAGHUNATHAN, SPOORTHI GADDAMPALLI,
26  DEEPIKA GUNTAKA, CICILIA ZOHMINGTHANGI,
    KAVERI BANERJEE, JUHI KAUSHIK DHARAIYA,
27  NISHA GAUTHAM CHAND LUNAWAT,
    SUBHALAKSHMI PANDALAI, ARCHANA YELLU,
28  SREEDEVI KUMARESAN, ABHIMANYU MALIK,

1  MANOGNA KADIYALA SIVAJYOTHI,
   CHANDRAKALA NIRUJOGI, VENKATA ARUN
2  SINGUPALLI, NISCHALA NUTHULAPATI,
   CHARITHA ONTEDDU, SIRAJUDDIN SYED KHAJA;
3
          Plaintiffs,
4
       v.
5
   KENNETH T. (KEN) CUCCINELLI, ACTING
6  DIRECTOR, UNITED STATES CITIZENSHIP AND
   IMMIGRATION SERVICE,
7
          Defendant.
8

9        Plaintiffs, by and through their attorneys of record, and Defendant, by and through his attorney

10  of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-

11  captioned action with prejudice.  Each of the parties shall bear their own costs and fees.

12  DATED:  March 16, 2020                    Respectfully submitted,

13                                            DAVID L. ANDERSON
                                              United States Attorney
14

15                                            SHARANYA MOHAN
                                              Assistant United States Attorney
16

17                                            Attorney for Defendant

18

19                                            Rahula Reddy

20                                            Attorney for Plaintiffs

21

22

23  Dated: March 17, 2020                     IT IS SO ORDERED

24                                            Judge Joseph C. Spero

25

26

27

28